# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**KEVIN MATTHEWS**                                                       **PLAINTIFF**

**v.**                             **CIVIL ACTION NO.: 4:24-CV-49-SA-JMV**

**LEFLORE COUNTY, MISSISSIPPI, et. al.**                         **DEFENDANTS**

## ORDER GRANTING MOTION TO STAY

Defendants, Leflore County, Mississippi; Robert Collins, Johnny Gary, Eric Mitchell and Reginald Moore, have moved [Doc. 55] this Court for a stay of this proceeding pending a ruling on Defendants' Renewed Motions for Judgment on the Pleadings [Doc. 51; 53] based, in part, upon immunity defenses pending before this Court.

Under Local Uniform Civil Rule 16(b)(3)(B), "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

Accordingly, the attorney conference and disclosure requirements and all discovery are hereby stayed pending a ruling on the motions for judgment on the pleadings [Doc. 51; 53]. The case management conference set for November 24, 2025, will be cancelled by separate notice. Counsel are directed to notify the Court within seven days of a ruling on the pending immunity motions.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Stay [Doc. 55] is **GRANTED.**

**SO ORDERED**, this the 18th day of November, 2025.

                                                  */s/ Jane M. Virden*
                                                  JANE M. VIRDEN
                                                  UNITED STATES MAGISTRATE JUDGE